In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13378

_____

KANAYO DERHEM,

Plaintiffs-Appellant,

*versus*

BAY HOUSE MIAMI CONDOMINIUM ASSOCIATION,
CHARLES BRUMSTED, JR.,
SEAN ZAHNISER,
MIKE DESIMONE,
JAMES PINKERT,et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

2                              Order of the Court                        24-13378

D.C. Docket No. 1:20-cv-22318-KMW

————————————

Before ROSENBAUM and ABUDU, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED IN PART, *sua sponte*, for lack of jurisdiction. Kanayo Derham appeals from the district court's September 23, 2024, order and judgment that granted the defendants' motion to dismiss as to some of her claims and granted the defendants' motion for summary judgment as to her other claims. We have jurisdiction to review that final judgment.

However, Derham also appeals the magistrate judge's October 1, 2024, order denying her motion for sanctions. We lack jurisdiction to review that October 1, 2024, order because it was issued by a magistrate judge and the district court has not rendered it final. *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009).

Accordingly, Derham's appeal is dismissed for lack of jurisdiction to the extent she challenges the October 1, 2024, order. Her appeal from the district court's September 23, 2024, order and judgment may proceed. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.